# Third District Court of Appeal

**State of Florida**


Opinion filed September 17, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1899
Lower Tribunal No. 99-5569 (A)
_____


**Valation Curtis Ellis,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas Rebull, Judge.

Valation Curtis Ellis, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before ROTHENBERG, LOGUE, and SCALES, JJ.

ROTHENBERG, J.

This is an appeal from an order summarily denying a motion filed pursuant

to Florida Rule of Criminal Procedure 3.850 which, however, should be treated as filed pursuant to rule 3.800(a).  On appeal from a summary denial, this Court must reverse unless the postconviction record shows conclusively that the appellant is entitled to no relief.  See Fla. R. App. P. 9.141(b)(2)(D).

Because the record now before us fails to make the required showing, we reverse the order and remand for further proceedings.  If the trial court again enters an order summarily denying the postconviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief.

Reversed and remanded for further proceedings.